NEW JERSEY ELECTION LAW ENFORCEMENT COMMISSION
v. CITIZENS TO MAKE MAYOR–COUNCIL
GOVERNMENT WORK.

June 17, 1986.

Petition for certification granted. (See 208 *N.J.Super.* 583)

NORWOOD HICKSON v. RUDOLF VASKY.

June 17, 1986.

Petition for certification denied.

STOEGER INDUSTRIES, ETC., ET AL. v. EXCESS INSURANCE CO.,
LTD., ETC., ET AL.

JOHN F. MURRAY, ETC., v. J. BRENNAN & CO., ET AL.

June 17, 1986.

Petition for certification denied.